No. 935.   WILLIAMSON, TRUSTEE, *v.* COLUMBIA GAS & ELECTRIC CORP.   May 27, 1940.   Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.   *Mr. Arthur G. Logan* for petitioner.   *Messrs. Douglas M. Moffat* and *Clarence A. Southerland* for respondent.

No. 861.   R. HOE & CO., INC. ET AL. *v.* WEISS ET AL.   May 27, 1940.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Messrs. Samuel E. Darby, Jr., Neil P. Cullom,* and *James J. Kennedy* for petitioners.   *Mr. Thomas G. Haight* for respondents.

No. 874.   GENECOV *v.* WINE, RECEIVER.   May 27, 1940.   Petition for writ of certiorari to the Circuit Court of Appeals for the Eight Circuit denied.   *Mr. W. Edward Lee* for petitioner.   *Messrs. H. M. Barney, Frank S. Quinn,* and *James D. Head* for respondent.

Nos. 875 and 876.   ROOSTH *v.* WINE, RECEIVER.   May 27, 1940.   Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.   *Mr. W. Edward Lee* for petitioner.   *Messrs. H. M. Barney* and *Frank S. Quinn* for respondent.

No. 883.   SEMINOLE NATION *v.* UNITED STATES.   May 27, 1940.   Petition for writ of certiorari to the Court of Claims denied.   *Messrs. Paul M. Niebell, Ernest L.*